Peter R. Afrasiabi, Esq. (Bar No. 193336)
email: pafrasiabi@onellp.com
John Tehranian, Esq. (Bar. No. 211616)
email: jtehranian@onellp.com
ONE LLP
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Plaintiff
JOSH AGLE, INC.

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH AGLE, INC., a California corporation<br><br>    Plaintiff,<br><br>v.<br><br>HOWARD JOHNSON INTERNATIONAL, INC., a Delaware corporation; NORTHWEST HOTEL CORPORATION, a California corporation; and DOES 1 through 10, inclusive<br><br>    Defendants. | **Case No. CV10-00562 GAF (MLGx)**<br><br>Hon. Gary Feess<br><br>**ORDER ENTERING CONSENT DECREE AND DISMISSAL WITH PREJUDICE** |

## ORDER ENTERING CONSENT DECREE AND DISMISSAL WITH PREJUDICE

The above-entitled matter having been compromised and settled by and among Plaintiffs, Josh Agle, Inc. ("AGLE") and Northwest Hotel Corporation ("NORTHWEST"), the following Consent Decree and Order is made and entered by the undersigned, the Honorable Gary Feess, Judge of the United States District Court for the Central District of

California, pursuant to the concurrently-filed Stipulation of Plaintiff and Defendants through their counsel.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Plaintiff, Defendants and the subject matter of this action.  Venue in this district is proper.
2. From and after the entry of this Consent Decree and Order, NORTHWEST and its affiliates, administrators, successors and assigns hereby agree to the entry of a permanent injunction and agree that they are hereby and permanently enjoined from engaging in any activities that violate any section 106 (17 U.S.C. § 106) rights held by AGLE in the works at issue in the Lawsuit (those identified in the Complaint as "Consolation Fish," "Consegna Espressa," "Disneyland 1955 Map," "Westcoast Jazz," "The Little Baron," "Desert Polynesia," "The Faux Pas," "One Enchanted Evening," "Fantasyland 50th Anniversary," "Frontierland 50th Anniversary," "Shag: The Art of Josh Agle," and "Shag Ltd. Fine Art Limited Editions").
3. NORTHWEST shall not expressly or impliedly represent themselves or their products or services as being affiliated in any manner with AGLE, or of any other company or person related to or affiliated with any of AGLE, or as authorized, sponsored or endorsed by or otherwise connected with AGLE.
4. AGLE and NORTHWEST shall require that their affiliated companies, owners, members, managers, directors, officers, attorneys, agents, representatives and employees, successors and assigns comply with all terms of this Consent Decree and Order.
5. No delay or failure by the Plaintiffs or Defendants, or any of them, to enforce any right arising under this Consent Decree and Order, or to enforce against any breach thereof, shall be construed as waiver of any such right or breach.

6. The parties hereto have agreed that any disputes concerning or arising out of their Settlement Agreement or this Consent Decree and Order, or any action or proceeding to enforce the same, shall be subject to the venue and jurisdiction of the United States District Court for the Central District of California and this Court would hear any such disputes in the event they were to arise.

7. Plaintiff's claims against NORTHWEST are dismissed, with prejudice, except as to enforcement of this Consent Decree and Order and the parties' Settlement Agreement.  Each party shall bear its own costs and attorneys' fees, provided, however, that the parties have agreed that in any proceeding to enforce the Settlement Agreement or Consent Decree and Order the substantially prevailing party shall be entitled to recover its costs and attorneys fees.

**IT IS SO ORDERED.**

Dated:  December 2, 2010

_____

The Honorable Gary Feess
United States District Court